PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

R E C E I V E D

JAN 1 8 2017

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Name of Offender: Victor Eugene Cilli  
Cr. 11-00660-001  
PACTS No. 61576

Name of Sentencing Judicial Officer:    The Honorable Anne E. Thompson  
Senior United States District Judge

Date of Original Sentence: 06/18/2012

Original Offense: Securities Fraud; Conspiracy to Commit Bank Fraud; Income Tax Evasion.

Original Sentence: 36 months imprisonment; 60 months supervised release; restitution of $710,000

Special Conditions: Substance Abuse Testing and Treatment, Cooperate with the IRS, No New Debt/Credit.

Type of Supervision: Supervised Release          Date Supervision Commenced: 09/03/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has not been making monthly restitution payments of $1,000. However, he consistently makes monthly restitution payments towards the restitution balance. |

U.S. Probation Officer Action:

As confirmed by financial investigations conducted by the probation office, the offender does not have the means to pay monthly restitution payments of $1,000. However, he consistently makes monthly restitution payments towards the restitution balance. At this time, we are petitioning the Court to reduce the minimum monthly restitution payment to $250, which more appropriately reflects the offender's financial condition and ability to pay.

Respectfully submitted,  
By: Donald L. Martenz  
Supervising U.S. Probation Officer  
Date: 01/11/2017

Prob 12A – page 2
Victor Eugene Cilli

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other

_____
Signature of Judicial Officer

1/13/17
Date